IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 17-cv-01304-PAB-MEH

JANICE SANTINO,

     Plaintiff,

v.

ENVISION RADIOLOGY, LLC,

     Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court on plaintiff's Motion to Dismiss [Docket No.

53].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Motion to Dismiss [Docket No. 53] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims

asserted therein, is dismissed with prejudice, with each party to bear its own attorneys'

fees and costs.


DATED December 21, 2017.

                                   BY THE COURT:


                                 s/Philip A. Brimmer
                                 PHILIP A. BRIMMER
                                 United States District Judge